

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00734-CR

Brandy Darlene **AIELLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1259W
Honorable Lori I. Valenzuela, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 19, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court